PS 42
(Rev 07/93)

# United States District Court

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 3 0 2005

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

United States of America  )
                          )
vs                        )
                          )
Leonel Mendoza            )

Case No. 2:05CR02075-14

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Leonel Mendoza, have discussed with James A. Moon, Pretrial Services/Probation Officer, modification of my release as follows:

Adding the following condition: 11. Defendant shall undergo a substance abuse evaluation and participate in any recommended treatment as directed by the U.S. pretrial services officer. The modification is recommended based upon:

Mr. Mendoza's release conditions order him to submit up to 2 urine samples per month. He provided a urine sample on November 7, 2005, that tested positive for cocaine by the laboratory. Mr. Mendoza admitted using cocaine, and he is agreeable to undergoing an evaluation and entering treatment if appropriate. Mr. Mendoza does not have funds to pay for those services, and for U.S. probation funds to be used, there needs to be a condition of his release in place ordering the evaluation and treatment.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  11/17/05    _____  11/17/05
Signature of Defendant      Date         Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  11/20/05
Signature of Defense Counsel  Date

_____  11/28/05
Signature of Assistant U.S. Attorney  Date

[✓]   The above modification of conditions of release is ordered, to be effective on 11/30/05.

[ ]   The above modification of conditions of release is not ordered.

_____  11/30/05
Signature of Judicial Officer   Date